# Benjamin Motors, Inc.
## AUTOMOTIVE SALES & LEASING

July 26, 2023

Honorable John G. Koeltl

Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: Ed Mullins

Dear Judge Koeltl:

My name is Scott L. Benjamin and I am the president and owner of Benjamin Motors, Inc. located in Albertson, NY. I founded my company over 30 years ago. I sell and lease automobiles throughout the tri-state area and Florida. After we sell the cars, we service the cars and provide free pickup and delivery. I typically employ between 22 and 26 people in my organization. On or about January 17, 2022, Ed Mullins applied for a part time position with my Company to drive automobiles for me. He was recommended to apply for a position by one of his friends. When I interviewed him, there was no mention of his impending legal issues. He interviewed well and I offered him a part time position. During his tenure with my organization, Ed integrated extremely well with all my employees. He is an honest, hardworking affable man who gets along with everyone. Ed interfaces with my clients and vendors alike. Everyone likes him. During his employment, I have only heard lovely things about the man from all my employees, clients and vendors. On a personal note, Ed confided in me and told me that he had some legal issues that he was involved with and that he was going to be found guilty of a serious crime. He voluntarily offered to resign from my organization because he thought the negative publicity could compromise my Business. I thought about what he said and I decided that he epitomizes what I value in an individual and employee. He has always been a dedicated, hardworking, honest man who would do anything for his fellow employees and employer. I sincerely appreciated his gesture and told Ed that he will always have a place in my organization despite whatever happens in the future.

It is extremely unfortunate that Ed Mullins did something illegal in his previous life but I sincerely believe he understands what he did, accepts responsibility for same and is extremely remorseful. I believe he has changed his ways and wants to become a respected, honest human being who truly values his relationship with his family, fellow employees, friends, dogs and community. For this reason and so many others, I hope and pray that this court does not sentence him to prison. He is truly a kind, considerate, compassionate individual who can and will make a positive difference in the future.

Cordially,

Scott L. Benjamin
Benjamin Motors, Inc.

*"WE SELL AND LEASE ALL MAKES AND MODELS"*

