# Honorable John G. Koeltl

Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Koeltl,

I am the co-signer for Ed Mullin's bail application. This was a decision I did not take lightly, but was made instantly and without hesitation.

I was assigned to the 10th Precinct Detective Squad in April of 1992. It was there I met Ed Mullins and we became partners. I have come to know Ed as well as his family and his parents. In my time working with Ed, I have always known him to be honest, and to be a man of integrity, be it minor department rules or the rigorous application of laws. Ed was an exceptionally hard-working investigator from the smallest misdemeanor, up to and including heinous homicides. We both moved on to other assignments with both of us eventually becoming Sergeants. However, our friendship has always remained close no matter where we were assigned or what those assignments were.

In 2002 Ed took over as President of the Sergeants Benevolent Association. The union at that time was a moribund, lackluster, and economically struggling institution. It did not represent the union membership in an adequate manner, nor was it respected by its membership. Ed dragged the Sergeants Benevolent Association into the 21st century. He turned it into a vibrant and powerful advocate for the union members. Ed was a leading advocate for all cops, no matter what rank they held. He became one of the foremost voices in defense of law enforcement across the nation.

As a member of the New York City Police Department for 39 years, 25 of which I held the rank of Sergeant, I found Ed to be one of the foremost and forward-thinking leaders in the department. He instituted good management practice and fiscal responsibility. So much so that the Health and Welfare Fund which was facing insolvency when Ed took over, had a $41 million-dollar surplus as the time of his resignation.

Your honor, I know that you have been given the task of sentencing Ed Mullins. I ask that you show leniency and mercy in your decision. The public image of Ed Mullins was often portrayed very negatively, mostly because he took on the powers that be in defense of a cop. With 39 years in the NYPD the most truthful thing I can tell you is that police officers rarely get a fair shake in the press, but Mullins would put himself between the press and the cop every time.

Past actions are good indicators of future behavior. What I find best about Ed Mullins is when the cameras weren't rolling, but people were in need, he was always there. He did exceptional outreach within the minority communities, always trying to bring unity and better relations between the cops and these neighborhoods.

In closing, my belief is that Ed Mullins, even as he looks at his life in tatters around him will continue to do good for all the people he comes in contact that, such is his way. I ask that you take all of this into consideration in your sentencing.

Respectfully,

Samuel Pete Panuccio