

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 28, 2023

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Edward Mullins*, 22 Cr. 120 (JGK)

Dear Judge Koeltl:

    The Government respectfully submits the attached letters in advance of the defendant's sentencing.

                             Respectfully submitted,

                             DAMIAN WILLIAMS
                             United States Attorney

               By: _____
                             David J. Robles
                             Alexandra N. Rothman
                             Assistant United States Attorneys
                             (212) 637-2550 / -2580

Cc:   Thomas Kenniff, Esq. (by ECF)

**Patsy Noto**

████████████████
████████████████

The Honorable John G. Koelt
Daniel Patrick Moynihan
U.S, Courthouse
500 Pearl Street
NYC NY 10007- 1312

Dear Judge Koelt,

My name is Patsy A. Noto and I am a retired New York City Police Sergeant. During my active career I served in numerous commands and assignments. I was the Staten Island Director, a member of the board of directors of the Sergeants Benevolent Association under a previous administration and I am the former president of the Retired Sergeants Association/NYPD.  Additionally. from 2002 to 2021, I served as the SBA's Retiree Representative. The latter position provides the credibility necessary to express an accurate opinion regarding conduct of Edward Mullins.

I have known Ed Mullins for 23 years. As the head of an organization of retired NYPD sergeants, I contributed a great amount of time, effort and money to help Ed Mullins be elected president of the SBA in 2002.  Upon his election, I was appointed, pursuant to SBA by laws, the SBA Retiree Representative. A position I held until 2021. During those years I got to know a great deal about how Ed Mullins conducts himself.  For that reason I cannot speak favorably of Ed Mullins.

Shortly your honor will impose a sentence for the crime Mullins has been convicted.  It is to that crime I wish to address. Ed Mullins stole the SBA's money.  It is far more serious and impactful than that. Ed Mullins was elected to represent and protect the welfare of young "street" sergeants as well as the senior ones.  These women and men risk their lives day in and day out, 24/7, in service to the citizens of this great city. They are constantly put upon by the public, the media, opportunistic politicians and sometimes even their own bosses within the NYPD. Standing between these dedicated people and their adversaries is supposed to be, the SBA under Mullins leadership (or lack of). It is their dues money Ed Mullins is guilty of stealing. As you know,  young sergeants are at the lower salary level due to lack of longevity, have a substantial percent of their salary deducted for union dues.  Dues which are supposed to be used to provide them with the representation and legal service they are entitled to and the union is purported to provide for. It is those funds Mullins has been convicted of stealing, which makes his crime so serious.

Mullins was paid at the highest NYPD Sergeant's salary schedule, due to his longevity, along with employer provided health insurance and substantial savings and pension benefits. As president of the SBA he received a substantial salary along with generous benefits. He could do his job while enjoying a comfortable life style. Obviously, his dishonesty was not borne out of poverty or need, neither of course would justify his actions. He stole union funds, the membership's dues, to finance a lifestyle he believed he was entitled which created for himself.

As I stated earlier, I have worked relatively closely with Ed Mullins for 21 years. I observed him time and again betray and cast aside every person who worked for and with him. His persona as a crusader for NYPD members in need was and always was to promote Ed Mullins. If one would follow each of the individual individuals Mullins was supposed to be so concerned with you would learn that when no more self-promotion publicity for Ed Mullins could be squeezed out, he abandoned the individual and moved on to his next self- promoting project. Those of us who are well acquainted with him were not aware of his nefarious and criminal financial dealings. None the less, I am not surprised.

I sincerely believe that leniency in this case is not appropriate and I implore you to impose the harshest of penalties permitted by law.

Respectfully,
Patsy A Noto
Retired NYPD Sergeant
Former President Retired Sergeants Association

The Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007-1312

July 28, 2023

Dear Judge Koeltl:

This is my second correspondence to you.  Again, I must maintain my anonymity for reasons previously explained in my prior letter to you. However, after reading the very recent news articles, I am compelled to write to you again. I was outraged as were many active and retired sergeants that emailed, texted and called me. The article states that Mr. Kenniff wrote to you, your Honor stating; "While the stain of this conviction will forever tarnish Mr. Mullins' SBA tenure it does not define it".  I must disagree with him, it most certainly does.  **He knew exactly what he was doing**.  This was not a clerical or a mere accounting error that he has told confidants.  And as far as Mr. Kenniff writing that "Nor must it erase the many years of faithful service he devoted to the SBA and the successes the organization achieved under his leadership".  There are many who can tell you that these successes were achieved **in spite of his leadership, not because of it**! Additionally, he did not lose all his retirement savings, as Mr, Kenniff stated as a result of his criminal activity, he filed for retirement days after the FBI executed search warrants on the SBA office and his home, thus securing his generous NYPD pension as well as health benefits for the rest of his life.  I am not sure if Mr. Kenniff is being disingenuous at best or not aware how this process works.

In closing, let me say that I am sure that you will act judiciously and give him the proper and deserving sentence for violating the trust and faith that the members and the Executive Board invested in him.

Thank you!